**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EVERSPAN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    1:26-cv-134 |
| | ) | |
| LOHI LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Everspan Insurance Company, by its attorneys, Michael J. Duffy and Joseph M. Dybisz of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action without prejudice with each party to bear its own costs and respective attorney's fees.

Submitted this 15th day of January 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**By: */s/ Joseph M. Dybisz*          _____**
*One of the Attorneys for Everspan Insurance Company*

Michael J. Duffy – 619666
Joseph M. Dybisz – 6342007
Wilson Elser Moskowitz Edelman & Dicker LLP
161 North Clark Street, Suite 4500
Chicago, IL 60601
(312) 704-0550 (Main)
Michael.Duffy@wilsonelser.com
Joseph.Dybisz@wilsonelser.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joseph M. Dybisz